UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 18-24062-ABA |
|---|---|
| Robert W. Knaak, | |
| Debtor | |
| Robert W. Knaak, | Adv. No.: 18-1617-ABA |
| Plaintiff | Judge: Andrew B. Altenburg, Jr. |
| v. | |
| Wells Fargo Bank, N.A., | |
| Defendant. | Hearing Date: January 29, 2019 |

**ORDER GRANTING MOTION TO DISMISS**

The relief set forth on the following pages, numbered two, is hereby **ORDERED**.

**DATED: February 1, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Robert W. Knaak*
*Case No.: 18-24064-ABA*
*Robert W. Knaak v. Wells Fargo Bank, N.A.*
*Adv. No.: 18-1617-ABA*
Order Granting Motion to Dismiss
Page | 2

___

**THIS MATTER** having come before the court on defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Doc. No. 4); and plaintiff Robert W. Knaak filed a Response (Doc. No. 10);

And the parties appearing and arguing, and for the reasons set forth on the record and in a Memorandum Decision entered this same date, and for good cause shown; it is

**ORDERED** that the Motion to Dismiss is GRANTED.

The court reserves the right to revise its findings of fact and conclusions of law.